AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of Massachusetts

HANOVER INSURANCE COMPANY
V.
CORINNNE FINNEGAN, ET. AL.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40089 FDS**

TO: (Name and address of Defendant)

Corinne Finnegan
83 Windy Hill Drive
South Windsor, CT  06074

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_(signature)_
(By) DEPUTY CLERK

DATE: June 6, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HANOVER INSURANCE COMPANY** <br> Plaintiff(s), Petitioner(s) <br><br> against <br><br> **MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., ET AL** <br> Defendant(s), Respondent(s) | CLIENT: Paula-Lee Chambers, Esquire <br><br> INDEX NO.: 05 40089 FDS <br><br> DATE OF FILING: 6/6/2005 <br><br><br> **AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on **June 11, 2005 at 10:00 AM at 916 Sandstone, South Windsor, CT**, deponent served the **Summons In A Civil Action and Complaint** upon **Corrinne Finnegan**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy *of each* **Summons In A Civil Action and Complaint** to **Michael Finnegan, Spouse**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the **Recipient's usual place of abode** and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Brown/Red** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **131-160 lbs** Other: **Mustache and Beard**

On **June 12, 2005** deponent enclosed an additional true and attested copy of each **Summons In A Civil Action and Complaint** in postpaid envelope addressed to the Recipient at **Recipient's usual place of abode** in an official depository under the exclusive care of the United States Postal Service within the State of Connecticut. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

I asked the person spoken to if the Recipient was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on June 13, 2005

Christine Foran, Private Process Server

Notary Public
My Commission Expires: 08/31/2009