AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of Massachusetts

HANOVER INSURANCE COMPANY

V.

MICHAEL FINNEGAN ELECTRIC
CONTRACTING, INC., ET. AL.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-40089-FDS

**05-40089 FDS**

TO: (Name and address of Defendant)

Michael Finnegan Electric Contracting, Inc.
130 Commerce Way
South Windsor, CT 06074

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                          DATE  June 6, 2005

CLERK

_Patricia Hassett_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HANOVER INSURANCE COMPANY**<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>**MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., ET AL**<br>Defendant(s), Respondent(s) | CLIENT: Paula-Lee Chambers, Esquire<br>INDEX NO.: 05 40089 FDS<br>DATE OF FILING: 6/6/2005<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on **June 11, 2005 at 10:00 AM at 916 Sandstone , South Windsor, CT** , deponent served the **Summons In A Civil Action and Complaint** upon **Michael Finnegan Electric Contracting, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint** with **Michael Finnegan** a person who is known to be the **Managing Agent** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Brown/Red** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **131-160 lbs** Other: **Mustache and Beard**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Christine Foran, Private Process Server

Sworn to before me on June 13, 2005

Notary Public
My Commission Expires: 08/31/2009

KEITH D. NIZIANKIEWICZ
NOTARY PUBLIC
CONNECTICUT