UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 03-30231-MAP |
| MICHAEL FINNEGAN ELECTRIC<br>CONTRACTING, INC., MICHAEL A.<br>FINNEGAN AND CORRINE FINNEGAN | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendants, MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN AND CORINNE FINNEGAN in the above-captioned action.

        Respectfully Submitted,

        THE DEFENDANTS,
        MICHAEL FINNEGAN ELECTRIC
        CONTRACTING, INC., MICHAEL A.
        FINNEGAN AND CORINNE FINNEGAN

        /s/ Michael K. Callan
        Michael K. Callan, Esq.
        State Bar No. 544442
        Doherty, Wallace, Pillsbury & Murphy, P.C.
        One Monarch Place, 19th Floor
        1414 Main Street
        Springfield, MA  01144
        (413) 733-3111 Telephone
        (413) 734-3910 (fax)

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing was mailed, by U.S. Mail, postage prepaid, this 27th day of July, 2005, to the following attorneys of record:

Bert J. Capone, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110

                                              /s/ Michael K. Callan
                                              Michael K. Callan