UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN, and CORINNE FINNEGAN,<br><br>       Defendants. | CIVIL ACTION NO. 05-40089-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Dwight T. Burns, III as counsel for the plaintiff in the above-captioned action.

                                          Respectfully Submitted,
                                          HANOVER INSURANCE COMPANY
                                          By its attorneys,

                                          /s/ Dwight T. Burns, III
                                          Bert J. Capone, BBO#072880
                                          Dwight T. Burns, III, BBO#637514
                                          CETRULO & CAPONE, LLP
                                          Two Seaport Lane, 10th Floor
                                          Boston, MA 02110
                                          (617) 217-5500

Dated: July 28, 2005

2

**CERTIFICATE OF SERVICE**

      I, Dwight T. Burns, III, hereby certify that I have, on this 28th day of July, 2005, served a copy of the within via first class mail upon the following party:

Michael K. Callan, Esquire  
Doherty, Wallace, Pillsbury & Murphy, P.C.  
One Monarch Place, 19th Floor  
1414 Main Street  
Springfield, MA  01144

                                              /s/ Dwight T. Burns, III  
                                              Dwight T. Burns, III

383831v1