UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 4:05-cv-40089 (FDS) |
| V. | : | |
| MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN, AND CORINNE FINNEGAN, | : | |
|     Defendants | : | AUGUST 26, 2005 |

## **APPEARANCE**

    Enter my appearance as Attorney for all defendants in lieu of Michael K. Callan, Esquire of Doherty, Wallace, Pillsbury & Murphy, P.C. in the above-entitled action.

                              RESPECTFULLY SUBMITTED FOR THE
                              DEFENDANTS,
                              BY THEIR ATTORNEY

                              By   /s/ Kevin M. Roche BBO#551190
                                 Kevin M. Roche, BBO #551190
                                 HALLORAN & SAGE LLP
                                 One Goodwin Square
                                 225 Asylum Street
                                 Hartford, CT 06103
                                 (860) 522-6103
                                 Email:  roche@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

       This is to certify that on this <u>26th</u> day of August 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Bert J. Capone, Esquire<br>Cetrulo & Capone, LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02110 | Michael K. Callan, Esquire<br>Doherty, Wallace, Pillsbury & Murphy<br>One Monarch Place, 19th Floor<br>1414 Main Street<br>Springfield, MA 01144-1002 |
| Dwight T. Burns, III, Esquire<br>Domestico, Lane & McNamara, LLP<br>161 Worcester Road<br>Framingham, MA 01701 | Paula-Lee Chambers, Esquire<br>Hinshaw & Culbertson, LLP<br>One International Place<br>3rd Floor<br>Boston, MA 02110 |

                                                  /s/ Kevin M. Roche BBO#551190
                                                    Kevin M. Roche

634687_1.DOC

722326v.1