UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN AND CORINNE FINNEGAN,<br><br>Defendants. | CIVIL ACTION NO. 1:05-CV-40089-FDS |

**WITHDRAWAL OF APPEARANCE OF PAULA-LEE CHAMBERS ON BEHALF OF PLAINTIFF HANOVER INSURANCE COMPANY**

I, Paula-Lee Chambers, hereby withdraw as counsel for the Plaintiff, Hanover Insurance Company in the above-captioned matter. Attorneys Bert J. Capone and Dwight T. Burns of Cetrulo & Capone LLP will continue to serve as counsel for the above-referenced Plaintiff in this matter.

Respectfully submitted,
Hanover Insurance Company,
By its attorney,

/s/ Paula-Lee Chambers
Paula-Lee Chambers, BBO# 566888
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Dated: August 26, 2005

34013593v1 7048395