**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC,<br><br>        Defendant. | CIVIL ACTION NO. 1:05-CV-40089-FDS |

**LR. 16.1(D) JOINT STATEMENT**

The plaintiff and the defendants jointly submit this LR. 16.1(D) Joint Statement.

Joint Discovery Plan

The parties have agreed to conduct non-phased discovery as follows:

1. The parties will serve all automatic disclosures pursuant to LR. 26.2 by May 12, 2006;

2. Once a party has served all automatic disclosures pursuant to LR. 26.2, that party may serve no more than 30 interrogatories (in no more than two separate sets) upon any party provided that such interrogatories are served no later than September 29, 2006.

3. Once a party has served all automatic disclosures pursuant to LR. 26.2, that party may serve requests for production of documents upon any party provided that such document requests are served no later than September 29, 2006;

4. Once a party has served all automatic disclosures pursuant to LR. 26.2, that party may serve no more than thirty requests for admissions (in no more than two separate sets) upon

any party provided that such requests for admissions are served no later than September 29, 2006;

   5. All responses to written discovery must be served within the timeframes and requirements of the Federal Rules of Civil Procedure, unless otherwise agreed by the parties in writing and filed with the Court, or ordered by this Court. Unless agreed otherwise by the parties in writing and filed with the Court, or ordered otherwise by this Court, all responses to written discovery must be served no later than December 29, 2006. The parties may agree in writing filed with the Court to extend this discovery deadline for up to an additional 30 days. To extend this deadline beyond the additional 30 days, the parties must obtain leave of Court;

   6. All depositions, except expert depositions, must be noticed and completed no later than November 30, 2006;

   7. Each party is entitled to take up to five depositions and the total hours of each party's combined depositions may not exceed 60 hours in total.

   8. The plaintiff, in accordance with Fed. R. Civ. P. 26(a)(2), will disclose all trial experts no later than November 30, 2006;

   9. The defendant, in accordance with Fed. R. Civ. P. 26(a)(2), will disclose any and all trial experts no later than December 29, 2006; and

   10. All expert depositions will be noticed and completed no later than January 31, 2007.

   11. The parties agree that the deadlines set forth in paragraphs 1 through 4 may be extended by written agreement between the parties filed with the Court. Except as otherwise provided in paragraph 5, the parties agree that the deadlines set forth in paragraphs 5 through 10 may be extended only by leave of Court.

Joint Proposed Motion Schedule

The parties agree that any motions to amend the pleadings to assert new claims or defenses or to seek leave of Court to add new parties must be filed no later than May 26, 2006. The parties further agree that any dispositive motions, including motions for summary judgment, motions for partial summary judgment and motions for judgment on the pleadings, shall be filed no later than February 23, 2007. The parties agree that the parties shall have 21 days from the date of filing of a dispositive motion in which to file an opposition. The parties are unable to anticipate any other motions at this time. The parties agree that the parties may modify any of the proposed motion deadlines only with leave of Court.

Certifications

1.    Plaintiff's Certification

Attached hereto as Exhibit 1.

2.    Defendant's Certification

Attached hereto as Exhibit 2.

Respectfully submitted:

| HANOVER INSURANCE COMPANY,<br>By its attorneys,<br><br><br>/s/ Dwight T. Burns, III_____<br>Bert J. Capone, BBO #072880<br>Dwight T. Burns, III, BBO #637514<br>CETRULO & CAPONE, LLP<br>Two Seaport Lane<br>Boston, MA  02110<br>(617) 217-5500 | MICHAEL FINNEGAN ELECTRIC,<br>By its attorneys,<br><br><br>/s/ Kevin M. Roche_____<br>Kevin M. Roche, BBO #551190<br>HALLORAN & SAGE LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103 |
|---|---|

Dated:  January 26, 2005