UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC,<br><br>               Defendant. | CIVIL ACTION NO. 1:05-CV-40089-FDS |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

    Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and representative of Hanover Insurance Company hereby certify that they have conferred with a view to (a) establishing a budget for the costs of conducting the full course of litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the District of Massachusetts Local Rules.

Respectfully submitted:

| | |
|---|---|
| HANOVER INSURANCE COMPANY<br>By its attorneys, | HANOVER INSURANCE COMPANY<br>By its authorized representative, |
| /s/ Dwight T. Burns, III<br>Bert J. Capone, BBO#072880<br>Dwight T. Burns, III, BBO#637514<br>CETRULO & CAPONE, LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02110<br>(617) 217-5500 | /s/ Gregory S. Arnold<br>Gregory S. Arnold<br>Bond Claims Attorney<br>Hanover Insurance Company<br>Bond Claims Department<br>440 Lincoln Street<br>Worcester, MA 01653 |

Dated: January 26, 2006

403374v1