UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC,<br><br>Defendant. | CIVIL ACTION NO.  1:05-CV-40089-FDS |

**DEFENDANT'S CERTIFICATION PURSUANT TO  LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and representative of Michael Finnegan Electric Contracting, Inc. hereby certify that they have conferred with a view to (a) establishing a budget for the costs of conducting the full course of litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the District of Massachusetts Local Rules.

Respectfully submitted:

| | |
|---|---|
| MICHAEL FINNEGAN ELECTRIC,<br>CONTRACTING, INC.<br>By its attorneys, | MICHAEL FINNEGAN ELECTRIC,<br>CONTRACTING, INC.<br>By its authorized representative, |
| /s/ Kevin M. Roche<br>Kevin M. Roche, BBO #551190<br>HALLORAN & SAGE LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103 | /s/ Michael Finnegan<br>Michael Finnegan<br>President<br>Michael Finnegan Electric Contracting, Inc<br>P.O. Box 1285<br>South Windsor, CT 06074 |

Dated:  January 27, 2006