UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN, and CORINNE FINNEGAN,<br><br>        Defendants. | CIVIL ACTION NO. 05-40089-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Thomas H. Hayman as counsel for the plaintiff in the above-captioned action.

                                                Respectfully Submitted,
                                                HANOVER INSURANCE COMPANY
                                                By its attorneys,


                                                /s/ Thomas H. Hayman
                                                Bert J. Capone, BBO#072880
                                                Thomas H. Hayman, BBO#557279
                                                Dwight T. Burns, III, BBO#637514
                                                CETRULO & CAPONE, LLP
                                                Two Seaport Lane, 10th Floor
                                                Boston, MA 02110
                                                (617) 217-5500

Dated: April 26, 2006

412844v1