UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

4:05-cv-40089

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., ET AL,<br>Defendants | CIVIL ACTION NUMBER:<br>05-CV-40089-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my Withdrawal of Appearance for the Defendants, Michael Finnegan Electric Contracting, Inc., Corinne Finnegan and Michael A. Finnegan, in the above-entitled matter.

           THE DEFENDANTS, MICHAEL FINNEGAN
           ELECTRIC CONTRACTING, INC., CORINNE
           FINNEGAN AND MICHAEL A. FINNEGAN
           BY THEIR ATTORNEY

           By:   /s/ Michael K. Callan
                Michael K. Callan
                Doherty, Wallace, Pillsbury & Murphy, P.C.
                One Monarch Place – Suite 1900
                1414 Main Street
                Springfield, MA 01144-1900
                Phone:  (413) 733-3111
                Fax:  (413) 734-3910

Dated:  May 10, 2006           B.B.O. Number: 558912

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on May 10, 2006.

                /s/ Michael K. Callan
                Michael K. Callan, Esquire

310620.1