UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FINNEGAN ELECTRIC )<br>CONTRACTING, INC. MICHAEL A. )<br>FINNEGAN and CORINNE FINNEGAN, )<br>    Defendants. ) | Civil Action No.: 05-40089-FDS |

## AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

The plaintiff, Hanover Insurance Company, and the defendant, Michael Finnegan Electric Contracting, Inc., hereby stipulate and agree that the following entry shall be made:

"Judgment for the plaintiff, Hanover Insurance Company, against the defendant, Michael Finnegan Electric Contracting, Inc., in the amount of $318,468.92, without interest and without costs."

Respectfully submitted:

| HANOVER INSURANCE COMPANY,<br>By its attorneys:<br><br><br>/s/ Dwight T. Burns, III<br>Bert J. Capone, BBO #072880<br>Thomas H. Hayman, BBO #557279<br>Dwight T. Burns, III, BBO #637514<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA  02210<br>(617) 217-5500<br><br>Dated:  November 20, 2006 | MICHAEL FINNEGAN ELECTRIC<br>CONTRACTING, INC.,<br>By its attorneys:<br><br><br>/s/ Kevin M. Roche<br>Kevin M. Roche, BBO #551190<br>HALLORAN & SAGE, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103<br>(860) 522-6103<br><br><br>Dated:  November 20, 2006 |