UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANOVER INSURANCE COMPANY | : CIVIL ACTION NO. 4:05-cv-40089 (FDS) |
| Plaintiff | : |
| V. | : |
| MICHAEL FINNEGAN ELECTRIC CONTRACTING, INC., MICHAEL A. FINNEGAN, AND CORINNE FINNEGAN | : NOVEMBER 30, 2006 |
| Defendants | : |

### NOTICE OF DEFENDANTS' FILING FOR BANKRUPTCY

The defendants, Michael A. Finnegan, and Corinne Finnegan, each filed for relief under Chapter 7 in the United States Bankruptcy Court for the District of Connecticut on or about August 26, 2006 and October 31, 2006, respectively. The bankruptcy case number for Michael Finnegan is 06-20779. The bankruptcy case number for Corinne Finnegan is 06-21064

RESPECTFULLY SUBMITTED FOR THE
DEFENDANTS,
BY THEIR ATTORNEY

By _____
Kevin M. Roche, BBO #551190
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Email: roche@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

15137.0002
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of November 2006, I hereby mailed a copy of the foregoing to:

Bert J. Capone, Esq.
Dwight T. Burns, III, Esq.
Thomas H. Hayman, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110

_____
Kevin M. Roche

840722_1.DOC

919848v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105