UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hanover Insurance Company,
                Plaintiff,

       v.                           CIVIL ACTION NO. 05-40089-FDS

Michael Finnegan Electric Contracting, Inc.,,
                Defendant,

## JUDGMENT IN A CIVIL CASE

Saylor, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

X    IT IS ORDERED AND ADJUDGED: in accordance with the parties Agreement for Judgment entered on 11/20/06, that judgment be entered in favor of the plaintiff, Hanover Insurance Company, against the defendant, Michael Finnegan Electric Contracting, Inc., in the amount of $318, 468.92 , without interest and without costs.

                                                            TONY ANASTAS, CLERK

Dated: 1/19/07                                        /s/ Martin Castles
                                                              ( By ) Deputy Clerk