UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hanover Insurance Company,
        Plaintiff,

V.

Michael Finnegan and
Corinne Finnegan,
        Defendants,

CIVIL ACTION

NO. 05-40089-FDS

PROCEDURAL ORDER OF DISMISSAL

Saylor, D. J.

It is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice upon completion and termination of all Bankruptcy proceedings.

| 1/19/07 | /s/ F. Dennis Saylor IV |
|---|---|
| Date | United States District Judge |