UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hanover Insurance Company,
            Plaintiff,

      v.                                    CIVIL ACTION NO. 05-40089-FDS

Michael Finnegan Electric Contracting, Inc.,,
            Defendant,

## AMENDED JUDGMENT IN A CIVIL CASE

Saylor, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

X    **IT IS ORDERED AND ADJUDGED: in accordance with the parties Agreement for Judgment entered on 11/20/06, that judgment be entered in favor of the plaintiff, Hanover Insurance Company, against the defendant, Michael Finnegan Electric Contracting, Inc., in the amount of $318, 468.92 , without interest and without costs.**

                                                      Sarah Thornton, CLERK

Dated: 1/23/07                                    /s/ Martin Castles
                                                     ( By ) Deputy Clerk